UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLAS DISMUKE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CV-1349 SPM |
| ST. LOUIS COUNTY JUSTICE CENTER, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the remand from the Court of Appeals to determine plaintiff's in forma pauperis status. Plaintiff has no right to take an appeal from the Court's Order of Partial Dismissal, and as a result, the Court finds that the appeal is not taken in good faith. If plaintiff wishes to proceed in forma pauperis on appeal, he must seek to do so in the appellate court.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will not authorize plaintiff to proceed in forma pauperis on appeal.

**IT IS FURTHER ORDERED** that the Clerk is directed to forward a copy of this Order to the Court of Appeals.

So Ordered this 31st day of August, 2017.

*E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE